# Court of Appeals
# of the State of Georgia

ATLANTA,  July 30, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0005. RYAN ALEXANDER MAYS v. THE STATE.**

In 2008, Ryan Alexander Mays was found guilty of three counts of burglary, two counts of armed robbery, and possession of a firearm during the commission of a crime. Following the grant of an out-of-time appeal, we affirmed his convictions. See *Mays v. State*, 306 Ga. App. 507 (703 SE2d 21) (2010). Since then, Mays has filed multiple actions in this Court attempting to challenge his conviction and sentence, all of which have been dismissed or denied.[1] In this application, Mays once again attempts to collaterally attack his convictions. Specifically, he seeks leave to appeal the trial court's order denying a "Motion to Dismiss Due to Abuse of Grand Jury and Prosecutorial Misconduct." We, however, lack jurisdiction.

The Supreme Court has made clear that a motion seeking to vacate or modify a conviction is not an appropriate remedy in a criminal case. *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying such a motion is subject to dismissal. See id. at 218 (2). For this reason, this application for discretionary appeal is hereby DISMISSED.

We further note that Mays has filed multiple applications in this Court attempting to collaterally attack his convictions and sentence. "It is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776

---

[1] See Case Nos. A17D0267 (Feb. 9, 2017); A21D0159 (Jan. 13, 2021); A21D0166 (Jan. 13, 2021); A21D0218 (March 5, 2021); A21D0273 (April 4, 2021); and A21D0370 (June 23, 2021).

(534 SE2d 464) (2000) (punctuation omitted). Accordingly, the instant appeal is also barred under *Echols*. See id.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,  07/30/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.